UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br><br>    v.<br><br>MARCIA CAMPBELL<br>      Defendant | *<br>*<br>*CRIMINAL ACTION NO:<br>*Case No: 06-437-M-01<br>*<br>*<br>* |

**MOTION FOR CONTINUANCE**

To the Clerk of this court and all parties of record:

The Defendant, Marcia Campbell, by and through her attorney, R. J. Vanzego, Jr., moves this court to reschedule the Preliminary Hearing scheduled for November 7, 2006 to allow defendant's counsel and the prosecutor sufficient time to attempt an amicable resolution of the matters within the above captioned case without a trial. The Defendant is fully aware of the Speedy Trial Act and waives her right to a Speedy Trial and requests the court to place the preliminary hearing on the court's docket for rescheduling.

Respectfully submitted,

Raymond J. Vanzego, Jr.

**FILED**

NOV 3 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

By: _____/s/_____
R. J. Vanzego, Jr., Esq.
Attorney for Defendant
The Law Office of R. J. Vanzego, Jr., Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774
301.883.8947
USDC Bar Number: MD27205
November 2, 2006

SO ORDERED.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

DATE: 11/3/06