United States District Court
for the District of Columbia

**FILED**

JAN - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.     WAIVER OF INDICTMENT

**MARCIA CAMPBELL**

CASE NUMBER:   **06-356**

I,   **MARICA CAMPBELL**       the above named defendant, who is accused of

**18:1343; FRAUD BY WIRE, RADIO, OR TELEVISION; Wire Fraud.**

being advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on **January 4, 2007**   prosecution by indictment and consent that the

proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court