UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
           v.                     :    Criminal No. 06-356 RCL
                                  :
MARCIA CAMPBELL,                  :
                                  :
           Defendant.             :

### CONSENT ORDER

Pursuant to the agreement reached by the United States and Marcia Campbell, IT IS HEREBY ORDERED that:

1. Marcia Campbell can travel between Washington, D.C. and Florida for the two-week period of February 5, 2007 and February 19, 2007 for the purpose of selling real estate to contribute to her restitution payment.

2. Currently, Ms. Campbell is required to meet in person with Pretrial Services and take a drug test every Tuesday.

3. For the purposes of this Order, however, because Ms. Campbell has never tested positive for a controlled substance and the government has confiscated her passport, Ms. Campbell may check in with Pretrial Services via telephone every Tuesday in lieu of the in person meeting and drug test.

4. This Order shall remain in effect between February 5, 2007 and February 19, 2007. After such time, the weekly in person reporting requirement and drug test shall be reinstated.

Date: ~~January 31, 2007~~
      Feb. 2, 2007

_____
The Honorable Royce C. Lamberth

1

Copies to:   Susan B. Menzer
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Shanlon Wu
Wheat Wu P.L.L.C.
1050 17th Street, N.W.
Washington, D.C. 20036