Conan P. Grames
Senior Vice President
General Counsel

**FILED**

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED**

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PhRMA**

February 5, 2007

**RECEIVED**

FEB 5 - 2007

CHAMBERS OF
JUDGE LAMBERTH

3:20 pm

*Let this be filed.*
*Cys. to Counsel*
*Royce C. Lamberth*
*U.S.D.J. 2/5/07*

**BY HAND DELIVERY**

Honorable Royce C. Lamberth
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:    *United States v. Campbell*, D.D.C. No. 1:06-CR-00356-RCL

Dear Judge Lamberth:

The purpose of this letter is to apprise the Court of the interest of the Pharmaceutical Research and Manufacturers of America ("PhRMA") in funds either forfeited or to be forfeited in the above-referenced matter.

In a Consent Order dated January 4, 2007, this Court ordered $706,344.78 of Marcia Campbell's assets forfeited to the United States. As the victim of Ms. Campbell's embezzlement scheme, which resulted in her pleading guilty to a violation of 18 U.S.C. § 1343 (wire fraud), PhRMA has suffered economic harm exceeding the amount of funds forfeited by Ms. Campbell.

Ms. Campbell admitted in the Statement of Facts, which was filed along with a plea agreement on January 4, 2007, that she embezzled $706,343.82 while employed as PhRMA's Director of Accounting in 2005 and 2006. Although PhRMA has been reimbursed for a portion of this amount, PhRMA has not recovered $669,120.57 of the monies embezzled by Ms. Campbell. In addition to the direct loss suffered as a result of Ms. Campbell's thefts, PhRMA has incurred substantial costs in connection with the investigation of Ms. Campbell's misconduct. As reflected in the attached invoices, PhRMA's expenses include $293,772 for investigative services performed by KPMG, $16,202 for investigative services performed by RMS McGladrey, as well as an additional $10,000 in related legal fees. In addition, PhRMA has incurred considerable expenses in staff time that we have not included in these figures.

Because PhRMA's losses resulting from Ms. Campbell's misconduct exceed $706,343.82, PhRMA hereby respectfully requests that the Court award to PhRMA the full amount of the funds forfeited by Ms. Campbell in this matter.

---

*Pharmaceutical Research and Manufacturers of America*

950 F Street, NW, Washington, DC 20004 • Tel: 202-835-3400

Honorable Royce C. Lamberth
February 5, 2007
Page 2


        PhRMA would be pleased to provide the Court with any additional information regarding
this matter that the Court desires.


Respectfully submitted,

*Conan P. Grames*

Conan P. Grames


Attachments


cc:     Susan B. Menzer, Esq.
        Shanlon Wu, Esq.

**KPMG**

Received

DEC 1 5 2006

**Accounting Dept**

Privileged and Confidential

CR 06-356

Date:  December 5, 2006
Invoice:   42616177

PHARMACEUTICAL RESEARCH & MANUFACTURES
OF AMERICA
ATTN:  CONAN P. GRAMES, ESQUIRE
950 F STREET, NW
SUITE 300
WASHINGTON, DC  20004

> **PLEASE REMIT TO:**
>
> KPMG LLP
> DEPT 0522
> P.O. BOX 120001
> DALLAS, TX  75312-0522
>
> TIN: 13-5565207

CONTRACT ON FILE
IN ACCOUNTING DEPT.

Business Unit: US289    Client Number: 600001190

_Re:  PhRMA – Internal Investigation – Alleged Employee Misconduct_

For professional services rendered through November 30, 2006 in connection with the above
referenced matter per our engagement letter dated October 26, 2006.

| | | | |
|---|---|---|---|
| Elliott Leary | Partner | 8.5 hrs. @ $595.00 = | $ 5,057.50 |
| David Cappellina | Director | 89.5 hrs. @ $525.00 = | 46,987.50 |
| Cary Chappell | Manager | 18.0 hrs. @ $390.00 = | 7,020.00 |
| Drew Costello | Manager | 183.5 hrs. @ $390.00 = | 71,565.00 |
| Brett Trizzino | Manager | 36.5 hrs. @ $390.00 = | 14,235.00 |
| Ed Riffle | Associate | 183.5 hrs. @ $210.00 = | 38,535.00 |

Total Professional Services                                    $183,400.00

Expenses                                                                7,415.00
CWD Direct                                                             1,095.00

                                    **Total Due**            **191,910.00**

FILED

FEB  5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Please reference Client No. 600001190 & Invoice No. 42616177 with your remittance_

Project No. 11494983

REC'D DATE    12/8/06
APPROVED
APPROVED      CKy
CHARGE TO:
ACCT. #    6029-12-010-100-000

TOTAL LOBBY $

RECEIVED

KPMG LLP. KPMG LLP, a U.S. limited liability partnership,
is a member of KPMG International, a Swiss association.

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy          Upon Receipt



**Privileged and Confidential**

00 1078

Date:  January 25, 2007
Invoice:    42658950

PHARMACEUTICAL RESEARCH & MANUFACTURES
OF AMERICA
ATTN:  CONAN P. GRAMES, ESQUIRE
950 F STREET, NW
SUITE 300
WASHINGTON, DC  20004

| PLEASE REMIT TO: |
| --- |
| KPMG LLP |
| DEPT 0522 |
| P.O. BOX 120001 |
| DALLAS, TX  75312-0522 |
| TIN: 13-5565207 |

Business Unit:  US289    Client Number: 600001190

*Re:  PhRMA – Internal Investigation – Alleged Employee Misconduct*

For professional services rendered December 16, 2006 through January 15, 2007 in connection with
the above referenced matter per our engagement letter dated October 26, 2006.

| | | | |
| --- | --- | --- | --- |
| David Cappellina | Director | 24.7 hrs. @ $525.00 = | $12,967.50 |
| Katherine Moore | Director | 1.0 hrs. @ $525.00 = | 525.00 |
| Drew Costello | Manager | 21.0 hrs. @ $390.00 = | 8,190.00 |
| Jason Wakizaka | Sr. Associate | 1.0 hrs. @ $275.00 = | 275.00 |
| Lisa Fazio | Paraprofessional | 1.0 hrs. @ $ 75.00 = | 75.00 |

Total Professional Services                                    $22,032.50

Expenses                                                       143.00

**Total Due**                          **$22,175.50**

*Please reference Client No. 600001190 & Invoice No. 42658950 with your remittance*

Project No. 11494983

REC'D DATE  1/29/07
APPROVED  CRG
APPROVED
CHARGE TO:                           100
ACCT. #  6029-10-010-000-000 - 00

TOTAL LOBBY $

RECEIVED

KPMG LLP. KPMG LLP, a U.S. limited liability partnership,
is a member of KPMG International, a Swiss association.

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy            Upon Receipt

**KPMG**

Privileged and Confidential

*600460*

**CONTRACT ON FILE IN ACCOUNTING DEPT.**

Date: December 21, 2006
Invoice:  42631740

PHARMACEUTICAL RESEARCH & MANUFACTURES
OF AMERICA
ATTN:  CONAN P. GRAMES, ESQUIRE
950 F STREET, NW
SUITE 300
WASHINGTON, DC  20004

PLEASE REMIT TO:

KPMG LLP
DEPT. 0522
P.O. BOX 120001
DALLAS, TX  75312-0522

TIN: 13-5565207

Business Unit:  US289    Client Number: 600001190

*Re:  PhRMA – Internal Investigation – Alleged Employee Misconduct*

For professional services rendered December 1, 2006 through December 15, 2006 in connection with
the above referenced matter per our engagement letter dated October 26, 2006.

| | | | |
|---|---|---|---|
| Elliott Leary | Partner | 7.0 hrs. @ $595.00 = | $ 4,165.00 |
| David Cappellina | Director | 50.5 hrs. @ $525.00 = | 26,512.50 |
| Katherine Moore | Director | 3.0 hrs. @ $525.00 = | 1,575.00 |
| Drew Costello | Manager | 79.0 hrs. @ $390.00 = | 30,810.00 |
| Ed Riffle | Associate | 60.0 hrs. @ $210.00 = | 12,600.00 |
| Lisa Fazio | Paraprofessional | 0.5 hrs. @ $ 75.00 = | 37.50 |

Total Professional Services                                    $75,700.00

Expenses                                                            3,987.00

**Total Due**                              **$79,687.00**

*Please reference Client No. 600001190 & Invoice No. 42631740 with your remittance*

Project No. 11494983    **Received**

**JAN 11 2007**

**Accounting Dept**

REC'D DATE  1/2/07
APPROVED  CPG
APPROVED
CHARGE TO: _____
ACCT. #  6029-10-010-100-000

TOTAL LOBBY $ _____

**RECEIVED**
1/2/07

8?
1/30

KPMG LLP. KPMG LLP, a U.S. limited liability partnership,
is a member of KPMG International, a Swiss association.

Please Pay By Invoice and
Enclose Remittance Copy

Payment Due
Upon Receipt



FEIN #41-1944416

RSM McGladrey, Inc.
6701 Democracy Boulevard
Suite 600
Bethesda, MD 20817-7520
Phone : (301) 897-3200
Fax : (301) 897-2020

REMIT TO:
RSM McGladrey, Inc.
5155 Paysphere Circle
Chicago, IL 60674USA

5155 0007345771 0002349147 11142006 0001620200 7

TRACEY MERCHANT
PHARMACEUTICAL RESEARCH & MANUFACTURES
OF AMER.
950 F STREET, N.W.
SUITE 200
WASHINGTON DC 20004

November 14, 2006

Account No. 734-577-1

Invoice No. R-2349147-316

Amount Paid $_____

---

734-577-1  Pharmaceutical Research & Manufactures of Amer.   11/14/2006    Invoice # R-2349147-316

| | |
|---|---|
| Professional services rendered<br>Billing rate adjusted to $160/hr. | $16,202.00 |

| | |
|---|---|
| **Total Due** | **$16,202.00** |

**CONTRACT ON FILE IN ACCOUNTING DEPT.**

Invoices are due upon receipt. Past due amounts are subject to interest at 1.5% per month for all amounts not paid within 30 days of our original billing.

RSM McGladrey, Inc.

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

INVOICE NUMBER

60411887
ACCOUNT NUMBER

028970
DATE

January 31, 2007

## Pharmaceutical Research and Manufacturers

To professional services rendered as counsel in connection with the above referenced matter for the period January 1, 2007 through January 31, 2007, as follows:

Consultation and assistance in connection with:

| | | |
|---|---|---|
| Miscellaneous | $ | 10,000.00 |
| Total Fees | | 10,000.00 |
| TOTAL: | $ | 10,000.00 |

RETURN LAST PAGE WITH REMITTANCE

EMPLOYER IDENTIFICATION NUMBER: 53-0188411