UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-356 |
| | ) | Judge Lamberth |
| MARCIA CAMPBELL, | ) | Sentencing Date: April 13, 2007 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE**

Marcia Campbell, through counsel, respectfully requests that the Court continue her sentencing date scheduled for April 13, 2007. The sentencing date was continued once previously at the request of defense counsel to accommodate counsel's personal schedule. Ms. Campbell makes this request for two reasons: (1) her health; and (2) her ability to make restitution.

1.  Ms. Campbell has been under the care of Dr. Paul Silver for symptoms including severe headaches, fainting, sores on the scalp, and unexplained near total hair loss. A number of tests have been performed, but none have yielded a diagnosis as of yet.

2.  Counsel has been in touch with Dr. Silver, but has not yet been provided with any information regarding whether defendant is in need of immediate further tests to determine whether any conditions will require ongoing medical treatment during the period defendant will be serving her sentence.

3.  Dr. Silver has further informed counsel that he is unavailable for further consultation until Thursday, April 12, 2007—the day before defendant is scheduled to be sentenced. Thus, if defendant is sentenced on Friday, April 13, 2007, counsel will be

unable to provide the Court with information necessary for this Court to consider the requirements of 18 U.S.C. § 3553(a)(2) (requiring the Court to consider "the need for the sentence imposed to provide the defendant with needed . . . medical care . . . in the most effective manner").

4. With regard to restitution, Ms. Campbell has encountered an unexpected delay in selling her various properties—the proceeds of which will go toward restitution. Ms. Campbell was scheduled to close on her property in the District of Columbia on April 10, 2007. But the purchaser has encountered problems with financing and the closing has been delayed.

5. In addition, Ms. Campbell would need to return to Florida to close on another property. Although this Court has signed two travel orders allowing Ms. Campbell to travel for this reason, the second order was not finalized in time for Ms. Campbell to be able to travel to Florida and arrange for a final sale in time for the presently scheduled sentencing date.

6. The victim corporation in this case does not oppose this motion so long as the new sentencing date occurred no later than the first week in May 2007. Counsel has consulted with Marjorie Powell, Senior Assistant General Counsel at PhRMA, who made this representation for the reason that the victim wishes for Ms. Campbell to arrange for as much restitution as possible prior to being sentenced.

7. Ms. Campbell does not make this request lightly or merely to prolong the inevitable. Rather, she makes this request so that her lawyer may adequately present any potentially relevant medical information to aid this Court in fashioning a just sentence

and also so that she may maximize her efforts to remedy the harm she has caused before receiving a sentence that will likely hamper the efficiency of those efforts.

For the foregoing reasons, Ms. Campbell respectfully requests that the Court continue the sentencing date to a time that is convenient for the Court during the first week of May 2007.

Respectfully Submitted,

*[signature]*

Shanlon Wu, Esq. (DC Bar 422-910)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion to Continue Sentencing Date was sent via facsimile and first-class mail, postage prepaid, this 10th day of April 2007 to:

> Susan Menzer, Esq.
> Assistant United States Attorney
> 555 4th Street, NW
> Washington, DC 20001
> 202-305-8537 (fax)

                                         Shannon Wu, Esq.
                                         *Counsel for Defendant*