UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-356 |
| : | |
| MARCIA CAMPBELL, : | |
| : | |
| Defendant. : | |

## CONSENT ORDER

Pursuant to the agreement reached by the United States and Marcia Campbell, IT IS HEREBY ORDERED that:

1. Marcia Campbell can travel between Washington, D.C. and Florida for the period of April 16, 2007 and May 3, 2007 for the purpose of selling real estate to contribute to her restitution payment.

2. Currently, Ms. Campbell is required to meet in person with Pretrial Services and take a drug test every Tuesday.

3. For the purposes of this Order, however, because Ms. Campbell has never tested positive for a controlled substance and the government has confiscated her passport, Ms. Campbell may check in with Pretrial Services via telephone every Tuesday in lieu of the in person meeting and drug test.

4. This Order shall remain in effect between April 16, 2007 and May 3, 2007. After such time, the weekly in person reporting requirement and drug test shall be reinstated.

Date: April ____, 2007                    _____
                                          The Honorable Royce C. Lamberth

1

Copies to:    Susan B. Menzer
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Shanlon Wu
Wheat Wu P.L.L.C.
1050 17th Street, N.W.
Washington, D.C. 20036