### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 06-356 (RCL)** |
| **v.** | : | |
| | : | |
| **MARCIA CAMPBELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MOTION FOR
### <u>FINAL ORDER OF FORFEITURE</u>

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully states the following in support of its request for the issuance of a Final Order of Forfeiture.

1. The United States hereby incorporates by reference, as though fully set forth herein, all of the averments contained in the Consent Order of Forfeiture issued on January 4, 2007.

2. On January 4, 2007, the Court entered a Consent Order of Forfeiture based on the defendant's guilty plea to Wire Fraud, in violation of 18 U.S.C. § 1343, and her agreement that the property at issue is subject to forfeiture pursuant to 18 U.S.C. § 2461(c) (incorporating 18 U.S.C. § 981(a)(1)(C)), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of Wire Fraud.  By the Consent Order, defendant forfeited her interests in the following property:

<u>MONEY JUDGMENT</u>:

$552,652.44, which constitutes the amount of proceeds defendant derived from the wire fraud scheme, less the value of the personal property derived from the scheme and forfeited below.

<u>PERSONAL PROPERTY</u>:

$11,555.31 seized from Washington Mutual Bank Account #8313261252
$1,583.22 seized from Bank of America Account #0019 2287 3958
$5,618.58 seized from Wachovia Bank Account #2000026571443
$46,403.79 seized from HSBC Bank USA Account #971162417
$10,044 seized from Citibank Account #3105565780
$4,473.03 seized from Citibank Account #62731157
$12,000 currently restrained from Fidelity Investment Account #2BW527165[1]
$24,791.16 held by J.M.[2]
$37,223.25 wired to PhRMA by A.P.[3]

3.    Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described properties, which are subject to forfeiture, were entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.    Accordingly, the United States published notification of the Consent Order of Forfeiture in THE WASHINGTON TIMES on February 14, 21, and 28, 2007; in the CINCINNATI COURT INDEX on February 21, 28, and March 7, 2007; and in THE WASHINGTON LAW REPORTER on February 23, 2007.  (*See* Attachments I, II, and III, respectively.)  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the above-referenced properties.

5.    No third party has made any claims to or declared any interest in the above-described property and the time for the filing of claims has expired.

---

[1] The actual amount of the funds received from Fidelity Investments and deposited into the U.S. Marshals Service's Seized Assets Deposit Fund was $11,177.71.

[2] The actual amount of the funds received from Washington Mutual Bank and deposited into the U.S. Marshals Service's Seized Assets Deposit Fund was $24,760.16.

[3] This money was returned to the victim.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all parties and vesting full right, title and interest of the property in the United States and directing the United States Marshal to dispose of the property according to law. A proposed order is submitted for the Court's utilization.

Respectfully submitted,

_____/s/_____

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By:      _____/s/_____

SUSAN B. MENZER
Assistant United States Attorney
Fraud and Public Corruption Section
U.S. Attorney's Office
555 Fourth Street, N.W., Rm. 5834
Washington, D.C. 20530
(202) 514-6968

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion for Final Order of Forfeiture and proposed order will be served upon counsel for defendant by means of the Court's ECF system on this _____ day of May 2007.

_____/s/_____

SUSAN B. MENZER
Assistant United States Attorney

-3-

# ATTACHMENT

# I

## AFFIDAVIT OF PUBLICATION

<u>AD# 10143717</u>

Personally appeared before me, <u>FAITH H. ALLBRITTON,</u>
a Notary Public in and for the District of Columbia;

<u>CARL S. JOHNSON,</u> who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
and that the advertisement, of which the annexed is a true copy was
published in said newspaper <u>3</u> time(s) on the following dates:

<u>2007 FEBRUARY 14, 21 & 28</u>

at the rate of <u>$ 2.91</u> per line.

Total Cost $ <u>611.10</u> Dollars

*Carl S Joh*

Subscribed and sworn to before me

<u>FEBRUARY 28, 2007</u>

Notary Public *Faith H. Allbritton*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

NOTICE IS HEREBY GIVEN that on January 4, 2007, in the case of United States v. Marcia Campbell, Criminal No. 06-356 (RCL), the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America:

Personal Property:
$11,177.71 in funds from Account #2BW527165 in the name of Marcia Campbell at Fidelity Investments in Cincinnati, Ohio; and

$24,760.16 Official Check from Washington Mutual Bank in Tamarac, FL.

The foregoing Order of Forfeiture having been entered on January 4, 2007, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the Clerk of the Court, United States District Court for the District of Columbia, 3rd & Constitution Avenue, NW, Washington, DC 20001. A copy of the petition should be sent to Assistant United States Attorney William R. Cowden, 555 Fourth Street, NW, 4th Floor, Washington, DC 20530.

Attachment I

USA v. Marcia Campbell
Cr. No. 06-356 (RCL)

# ATTACHMENT

# II

Form Misc. A

# AFFIDAVIT IN PROOF OF PUBLICATION

## U.S. FORFEITURE - U.S. v. MARCIA CAMPBELL
### CRIMINAL #06-356 (RCL)

State of Ohio, Hamilton County, ss:

Personally appeared before me, a Notary Public, in and for said state, __ALLEN MARTIN__ for the publisher of

**NOTICE IS HEREBY GIVEN** that on January 4, 2007, in the case of United States v. Marcia Campbell, Criminal No. 06-356 (RCL), the United States

in-entered an Order condemning and forfeiting the following property to the United States of America: Personal Property: $11,177.71 in funds from Account #2BW527165 in the name of Marcia Campbell at Fidelity Investments in Cincinnati, Ohio; and $24,760.16 Official Check from Washington Mutual Bank in Tamarac, FL. The foregoing Order of Forfeiture having been entered on January 4, 2007, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, having or claiming a legal right, title or interest in the afore-mentioned property must file a petition within 30 days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the proper-ty, the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circum-stances of the petitioner's acquisition of the right, title, or interest in the proper-ty and any additional facts supporting the petitioner's claim, and the relief sought. The petition shall be filed with the Clerk of the Court, United States District Court for the District of Columbia, 3rd & Constitution Avenue, NW, Washington, DC 20001. A copy of the petition should be sent to Assistant Unit-ed States Attorney William R. Cowden, 555 Fourth Street, NW, 4th Floor, Washington, DC 20530.
Cincinnati, Ohio, February 21, 2007.
feb 21-28 mar 7

The Cincinnati Court Index, who, being duly sworn, says that the annexed advertisement was published in the
### CINCINNATI COURT INDEX
a newspaper printed and of general circulation in said county, once a week for __3__ consecutive weeks, commencing on __February 21, 2007__.

*Allen Martin*

$107.10
$1.50
$108.60

PAID
4.11.07
— THANK YOU —
COURT INDEX PRESS, INC

to before me and signed in my presence.

MAR 07 '07
_____
Date



*M H Batt*
_____
Notary Public, State of Ohio

Attachment II

USA v. Marcia Campbell
Cr. No. 06-356 (RCL)

# ATTACHMENT

# III

# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

### Gary Millstein

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

Feb 23 2007

_Agent_

Costs $ 70.72

Subscribed to and sworn before me this

__23__ day, __Feb__, 2007

Donald J. Nichols
_Notary Public, District of Columbia_
_My Commission expires 12/14/2009_

_Seal_

Copy of Notice

NOTICE IS HEREBY GIVEN that on January 4, 2007, in the case of United States v. Marcia Campbell, Criminal No. 06-356 (RCL), the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America: Personal Property: $11,177.71 in funds from Account #2BW527165 in the name of Marcia Campbell at Fidelity Investments in Cincinnati, Ohio; and $24,760.16 Official Check from Washington Mutual Bank in Tamarac, FL.

The foregoing Order of Forfeiture having been entered on January 4, 2007, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the Clerk of the Court, United States District Court for the District of Columbia, 3rd & Constitution Avenue, NW, Washington, DC 20001. A copy of the petition should be sent to Assistant United States Attorney William R. Cowden, 555 Fourth Street, NW, 4th Floor, Washington, DC 20530. Pub Date: Feb 23, 2007.

Attachment III

USA v. Marcia Campbell
Cr. No. 06-356 (RCL)

established 1874
### The Daily Washington Law Reporter Company
1000 Connecticut Avenue NW, Suite 1100, Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 06-356 (RCL)** |
| **v.** | : | |
| | : | |
| **MARCIA CAMPBELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 4, 2007, the Court entered a Consent Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based on defendant Marcia Campbell's plea of guilty to a felony violation of Title 18, United States Code, Section 1343, and her consent to forfeit her interests in the following property pursuant to 18 U.S.C. § 2461(c) (incorporating 18 U.S.C. § 981(a)(1)(C)):

MONEY JUDGMENT:

$552,652.44, which constitutes the amount of proceeds defendant derived from the wire fraud scheme, less the value of the personal property derived from the scheme and forfeited below.

PERSONAL PROPERTY:

$11,555.31 seized from Washington Mutual Bank Account #8313261252
$1,583.22 seized from Bank of America Account #0019 2287 3958
$5,618.58 seized from Wachovia Bank Account #2000026571443
$46,403.79 seized from HSBC Bank USA Account #971162417
$10,044.00 seized from Citibank Account #3105565780
$4,473.03 seized from Citibank Account #62731157
$11,177.71 seized from Fidelity Investment Account #2BW527165
$24,760.16 held by J.M.

WHEREAS, the United States published in THE WASHINGTON TIMES on February 14, 21, and 28, 2007, and in the CINCINNATI COURT INDEX on February 21, 28, and March 7, 2007 (newspapers of general circulation), and in THE DAILY WASHINGTON LAW REPORTER on

February 23, 2007, notice of this forfeiture and of the intent of the United States to dispose of the

property in accordance with the law and further notifying all third parties of their right to petition

the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal

interest in the property; and

WHEREAS, it appears from the record that no other claims, contested or otherwise, have

been filed for the above-referenced properties;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.  THAT all right, title and interest to the aforementioned properties is hereby vested in

the United States of America and shall be disposed of according to law.

2.  THAT the Clerk is directed to forward a true copy of this order to all counsel of

record and the United States Marshals Service for the District of Columbia.

SO ORDERED.

Date this _____ day of _____, 2007.


_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

cc:    Susan B. Menzer
       Assistant United States Attorney
       Fraud and Public Corruption Section
       U.S. Attorney's Office
       555 Fourth Street, N.W., Rm. 5834
       Washington, D.C.  20530

       Shanlon Wu, Esq.
       1050 17th Street, N.W., Suite 600
       Washington, D.C.  20036
       (Counsel for Defendant Campbell)