UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Criminal No. 06-356 |
| ) | Judge Lamberth |
| MARCIA CAMPBELL,   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S MOTION TO TRAVEL**

1. Marcia Campbell, through counsel, respectfully requests that the Court enter an Order allowing Ms. Campbell to: (1) travel between Florida and Washington, DC from May 8, 2007 to May 30, 2007 for the purpose of finalizing the sale of her property and (2) travel between Washington, DC and Jamaica from May 8, 2007 to May 30, 2007 for the purposes of selling her property, obtaining $8,000 in a Jamaican bank that will be turned over to the United States, and putting her family affairs in order before she is incarcerated, and (3) return her passport, which Ms. Campbell will again relinquish to the government on May 30, 2007.

2. The sale of properties in Florida and Jamaica are instrumental in contributing to her restitution payments.

3. The United States has requested that Ms. Campbell remit $8,000 located in a Jamaican bank account. The only way for Ms. Campbell to obtain these funds, however, is for her to travel to Jamaica.

4. Ms. Campbell has fully complied with the reporting requirements imposed by the Court.

5.      Ms. Campbell will immediately return to Washington, DC in order to comply with her self-surrender date as soon as it is known.

6.      Ms. Campbell and her counsel both understand that the Court may be reluctant to allow Ms. Campbell to travel to Jamaica. Counsel for Ms. Campbell has been unable to reach the United States concerning this motion. So in the alternative, we respectfully request that the Court permit her to travel to Florida from May 8, 2007 to May 30, 2007 for the purpose of finalizing the sale of her property located in that state.

For the foregoing reasons, Ms. Campbell respectfully requests that the Court grant her motion to travel.

Respectfully Submitted,

_____/s/_____
Shanlon Wu, Esq. (DC Bar 422-910)
Judith L. Wheat, Esq. (DC Bar 431-411)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion Travel was sent via facsimile this 9th day of May 2007 to:

Susan Menzer, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20001
202-307-2304 (fax)


___/s/_____
Shanlon Wu, Esq.
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-356 |
| | : | |
| MARCIA CAMPBELL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED that:

1. Marcia Campbell can travel between Washington, D.C. and Florida for the period of May 9, 2007 and May 30, 2007 for the purpose of selling real estate to contribute to her restitution payment.

2. Marcia Campbell can travel between Washington, D.C. and Jamaica for the period of May 9, 2007 and May 30, 2007 for the purposes of selling real estate to contribute to her restitution payment, obtaining moneys that will be remitted to the United States, and putting her family affairs in order prior to her incarceration.

3. The United States shall return Ms. Campbell's passport to her. Subsequently, Ms. Campbell shall relinquish her passport to the United States on either May 30, 2007 or the day on which she is required to self-surrender, whichever date occurs first.

4. Ms. Campbell shall fully comply with the terms of her self-surrender date and shall return immediately if necessary.

5. Currently, Ms. Campbell is required to meet in person with Pretrial Services and take a drug test every Tuesday.

6.  For the purposes of this Order, however, because Ms. Campbell has never tested positive for a controlled substance and the government has confiscated her passport, Ms. Campbell may check in with Pretrial Services via telephone every Tuesday in lieu of the in person meeting and drug test.

7.  This Order shall remain in effect between May 8, 2007 and May 30, 2007.

Date: May ____, 2007

_____
The Honorable Royce C. Lamberth

Copies to:  Susan B. Menzer
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Shanlon Wu
Wheat Wu P.L.L.C.
1050 17th Street, N.W.
Washington, D.C. 20036