UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-356 (RCL) |
| v. : | **FILED** |
| MARCIA CAMPBELL, : | MAY - 4 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### FINAL ORDER OF FORFEITURE

WHEREAS, on January 4, 2007, the Court entered a Consent Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based on defendant Marcia Campbell's plea of guilty to a felony violation of Title 18, United States Code, Section 1343, and her consent to forfeit her interests in the following property pursuant to 18 U.S.C. § 2461(c) (incorporating 18 U.S.C. § 981(a)(1)(C)):

MONEY JUDGMENT:

$552,652.44, which constitutes the amount of proceeds defendant derived from the wire fraud scheme, less the value of the personal property derived from the scheme and forfeited below.

PERSONAL PROPERTY:

$11,555.31 seized from Washington Mutual Bank Account #8313261252
$1,583.22 seized from Bank of America Account #0019 2287 3958
$5,618.58 seized from Wachovia Bank Account #2000026571443
$46,403.79 seized from HSBC Bank USA Account #971162417
$10,044.00 seized from Citibank Account #3105565780
$4,473.03 seized from Citibank Account #62731157
$11,177.71 seized from Fidelity Investment Account #2BW527165
$24,760.16 held by J.M.

WHEREAS, the United States published in THE WASHINGTON TIMES on February 14, 21, and 28, 2007, and in the CINCINNATI COURT INDEX on February 21, 28, and March 7, 2007 (newspapers of general circulation), and in THE DAILY WASHINGTON LAW REPORTER on



February 23, 2007, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for the above-referenced properties;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. THAT all right, title and interest to the aforementioned properties is hereby vested in the United States of America and shall be disposed of according to law.

2. THAT the Clerk is directed to forward a true copy of this order to all counsel of record and the United States Marshals Service for the District of Columbia.

SO ORDERED.

Date this ___4th___ day of ___May___, 2007.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

cc:    Susan B. Menzer
       Assistant United States Attorney
       Fraud and Public Corruption Section
       U.S. Attorney's Office
       555 Fourth Street, N.W., Rm. 5834
       Washington, D.C. 20530

       Shanlon Wu, Esq.
       1050 17th Street, N.W., Suite 600
       Washington, D.C. 20036
       (Counsel for Defendant Campbell)