HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: CR-06-00356-01
: SSN:
vs. :
CAMPBELL, Marcia : Disclosure Date: February 9, 2007

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   2/13/07
Prosecuting Attorney           Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_M.Campbell_ 2/20/07      _____ 2/20/07
Defendant        Date     Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by February 23, 2007, to U.S. Probation Officer Linsey Esson, telephone number (202) 565-1376, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Chief
    United States Probation Officer

**Receipt and Acknowledgment**                        Page 2

See attachment

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 2/23/07

United States v. Marcia Campbell  CR-06-00356-01
ATTACHMENT TO RECEIPT AND ACKNOWLEGMENT OF
PRESENTENCE INVESTIGATION REPORT
MATERIAL/FACTUAL INACCURACIES

Aliases: ✓    Ms. Campbell does not have any aliases. The name listed was her married name.

Para. 37:    Ms. Campbell has offered to supply medical records documenting some of her father's medical conditions.

Para. 40:    Ms. Campbell's sister was unaware of any efforts made to contact her. Ms. Campbell and her counsel would be glad to aid in arranging a time certain for her to be contacted.

Para. 44:    Dr. Paul Silver (as of last week) did not appear to have received the verification request yet.

Para. 51    Defendant does not agree that she has any specialized background or training in accounting. Ms. Campbell does **not** possess a C.P.A. certification or any other kind of accounting training certification.

Para. 52:    Insert "was" before "working full-time."

Para. 60:    Delete "s" in "owns".

Para. 61:    The Defendant objects to the finding that she is able to pay a fine or restitution while incarcerated. Ms. Campbell is **unable** to make any periodic payments while in custody because she is unemployed and has no income by which she could make payments. In addition, due to the sizable restitution requirements, to the extent the defendant is able to liquidate her assets, these funds will be used for payment of restitution.

HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-00356-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CAMPBELL, Marcia | : | Disclosure Date: <u>February 9, 2007</u> |

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     2/13/07
Prosecuting Attorney                          Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant              Date          Defense Counsel             Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>February 23, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer