UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-356** |
| ) | **Judge Lamberth** |
| **MARCIA CAMPBELL,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO TRAVEL**

Defendant Marcia Campbell, by and through counsel, hereby submits her Reply to the Government's Opposition to her Motion to Travel. In support of her reply, Ms. Campbell states as follows:

1. Ms. Campbell has traveled to Florida, on a previous occasion, with the court's permission, for the purpose of selling her properties there to obtain funds for payment of restitution. She returned in time for the sentencing date and has not missed any appointments with her probation officer.

2. It is also unclear if the Jamaican bank would allow Ms. Campbell to close her bank account through a power of attorney instead of by personally retrieving those funds.

3. As the sale of property cannot be easily accomplished with one trip, Ms. Campbell was unable to complete the sale of her Florida properties prior to her sentencing hearing.

4. If she is allowed to travel to Florida from May 8, 2007 to May 30, 2007, Ms. Campbell will be able to finalize the sale of her Florida properties and contribute the funds from the sale to payment of restitution.

2

    5. Ms. Campbell understands the concerns regarding granting her permission to travel to Jamaica. However, domestic travel does not present the same concerns. Moreover, the government has failed to provide any good reason for why she cannot travel to Florida to complete the sale of her properties.

    WHEREFORE, Ms. Campbell respectfully requests that the Court grant her Motion to Travel.

Respectfully Submitted,

_____/s/_____
Shanlon Wu, Esq. (DC Bar #422910)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's reply to Government's Opposition to Defendant's Motion to Travel was sent via facsimile and first-class mail, postage prepaid, this 22nd day of May 2007 to:

Susan Menzer, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20001
202-305-8537 (fax)


_____/s/_____
Shanlon Wu, Esq.
*Counsel for Defendant*