UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**ASSOCIATION**              )<br>                             )<br>    v.                       )<br>                             )<br>**MARCIA CAMPBELL,**         )<br>                             )<br>    Defendant.               )<br>_____) | **Criminal No. 06-356 (RCL)** |

## ORDER

Upon consideration of defendant's Motion [22] to Travel and the opposition and reply thereto, it is hereby

ORDERED, that defendant's Motion [22] to Travel is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 22, 2007.