UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-356 (RCL) |
| | : | |
| v. | : | |
| | : | |
| MARCIA CAMPBELL, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Susan B. Menzer. This is a notice that Assistant United States Attorney Diane G. Lucas, D.C. Bar Number 443610, telephone number (202) 514-7912, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 443610
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7912

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, a copy of the foregoing Notice of Assignment and Appearance as Co-Counsel was served via ECF on counsel for the defendant, Shanlon Wu, Esq. 1050 17th Street, NW, Suite 600, Washington, DC 20036.

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY