IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-356 (RCL) |
| ) | |
| MARCIA CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION TO EXTEND FILING DATE

Marcia Campbell, through counsel, hereby requests that the Court extend the date on which Ms. Campbell is required to file her Memorandum and Points of Authority in Opposition to (1) Government's Motion for an Order Under 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(b)(3) Authorizing Deposition Interrogatories and Production of Documents and (2) Government's Motion for Forfeiture of Substitute Assets. Ms. Campbell states as follows:

1. LCrR 47(b) states that, "within 11 days of the date of service or at such other time as the Court may direct, the opposing party must serve and file a memorandum and points of authority in opposition to the motion."

2. The United States filed both Motions on June 15, 2007.

3. However, the United States and counsel for Ms. Campbell have been unable to confer regarding both Motions until today, June 26, 2007.

4. Accordingly, the United States has agreed to delay the filing deadline for Ms. Campbell's Memorandum and Points of Authority in Opposition to both Motions until **Friday, June 29, 2007**.

1

Date:  June 26, 2007                                    Respectfully Submitted,


                                                        _/s/_____
                                                        Shanlon Wu, Esq. (DC Bar 422-910)
                                                        WHEAT WU, PLLC
                                                        1050 17th Street NW, Suite 600
                                                        Washington, DC 20036
                                                        202-496-4963 (phone)
                                                        202-466-3226 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-356 (RCL) |
| ) | |
| MARCIA CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

CONSENT ORDER

Pursuant to the agreement reached by the United States and Marcia Campbell,

IT IS HEREBY ORDERED that:

1. The deadline for filing Ms. Campbell's Memorandum and Points of Authority in Opposition to both Motions is delayed until Friday, June 29, 2007.

June ___, 2007                                   _____
                                                 The Honorable Royce C. Lamberth

Copies to:

       Shanlon Wu, Esq. (DC Bar 422-910)
       WHEAT WU, PLLC
       1050 17th Street NW, Suite 600
       Washington, DC 20036
       202-496-4963 (phone)
       202-466-3226 (facsimile)

       Diane G. Lucas, Esq (DC Bar 443-610)
       Assistant United States Attorney
       555 4th Street NW
       Washington, DC 20530
       202-514-7912 (phone)
       202-514-9155 (facsimile)