IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-356 (RCL) |
| | ) | |
| MARCIA CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM AND POINTS OF AUTHORITY IN
OPPOSITION TO GOVERNMENT'S MOTION FOR
FORFEITURE OF SUBSITUTE ASSETS**

Marcia Campbell, through counsel, files this Memorandum and Points of Authority in Opposition to Government's Motion for Forfeiture of Substitute Assets.

1. Ms. Campbell has a financial interest in the properties located at 1308 Clifton Street, NW, Unit 218, Washington, DC and 9613 NW 76th CT, Unit 502, Tamarac, FL.

2. Seizing these properties as substitute assets, however, is wholly unnecessary.

3. Ms. Campbell has already agreed to sell these properties and use to money toward restitution.

4. It would also be inequitable to seize these properties. If the Court grants the government's motion, then Ms. Campbell would be left without any assets.

WHEREFORE, Ms. Campbell respectfully requests that the Court deny the government's motion.

1

Date:  June 29, 2007                                    Respectfully Submitted,


    /s/ Shanlon Wu
Shanlon Wu, Esq. (DC Bar # 422910)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)
*Counsel for Defendant, Marcia Campbell*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-356 (RCL) |
| | ) | |
| MARCIA CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM AND POINTS OF AUTHORITY
IN OPPOSITION TO GOVERNMENT'S MOTION FOR AN ORDER
UNDER 21 U.S.C. § 853(m) AND FED. R. CRIM. P. 32.2(b)(3) AUTHORIZING
DEPOSITION INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Defendant Marcia Campbell, through counsel, files this Memorandum of Points and Authorities in Opposition to Government's Motion for an Order Under 21 U.S.C. § 853(m) and FED. R. CRIM. P. 32.2(b)(3) Authorizing Deposition Interrogatories and Production of Documents.

1. The government may "conduct any discovery the court considers proper in identifying, locating, or disposing of property" that has been forfeited to the United States. FED. R. CRIM. P. 32.2(b)(3)

2. However, there is no need to order discovery because the government has already conducted a thorough investigation and has enjoyed full access to all documents through its subpoena power.

3. Specifically, during its investigation, the government had full access to Ms. Campbell's bank statements, e-mail communications, and other documents involving the fraud. Through its investigation, the government determined to which bank accounts Ms. Campbell diverted the funds.

1

4. Accordingly, any further discovery would be unnecessary and improper.

WHEREFORE, Marcia Campbell respectfully requests that the Court deny government's motion.

Date: June 28, 2007                                    Respectfully Submitted,


                                                        /s/ Shanlon Wu
Shanlon Wu, Esq. (DC Bar # 422910)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)
*Counsel for Defendant, Marcia Campbell*

3

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing (1) Memorandum and Points of Authority in Opposition to Government's Motion for Forfeiture of Substitute Assets and (2) Memorandum of Points and Authorities in Opposition to Government's Motion for an Order Under 21 U.S.C. § 853(m) and FED. R. CRIM. P. 32.2(b)(3) Authorizing Deposition Interrogatories and Production of Documents, have been sent via facsimile and first-class mail, postage prepaid, on this 29th day of June, 2007 to:

Diane G. Lucas, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Fax: 202-514-9155

                                              /s/ Shanlon Wu
                                              Shanlon Wu, Esq.
                                              *Counsel for Defendant, Marcia Campbell*