UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    United States Attorney's Office<br>    555 Fourth Street, N.W.<br>    Washington, D.C.  20530<br><br>                        **Plaintiff,**<br><br>            v.<br><br>**MARCIA CAMPBELL,**<br><br>                        **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Criminal No. 06-356 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached Notice of Lis Pendens, filed on August 14, 2007, as Document #2007106924, with the Recorder of Deeds in the District of Columbia.

Respectfully submitted,

By:   /s/
DIANE G. LUCAS (D.C. Bar # 443610)
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
(202) 514-7912

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Filing has been mailed, postage prepaid, this  15th  day of August, 2007, to:

    Shalon Wu, Esq.
    Wheat Wu, PLLC
    1050 17th Street NW, Suite 600
    Washington, DC 20036
    (Counsel for defendant Marcia Campbell)

     /s/
    DIANE G. LUCAS
    Assistant United States Attorney
    U.S. Attorney's Office
    Asset Forfeiture Unit, Criminal Division
    555 Fourth St., N.W., Rm. 4822
    Washington, D.C.  20530
    (202) 514-7912

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br><br>      Plaintiff,<br><br>v.<br><br>MARCIA CAMPBELL,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Criminal No. 06-356 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the United States files the notice of *Lis Pendens*, with the DC Recorder of Deeds, Washington, DC. This *Lis Pendens* refers to the real property and premises known as **1308 Clifton St, NW, Unit #218, Washington, DC, 20009**, more particularly described as:

> Unit numbered two hundred and eighteen (218) and reserved limited common elements parking space numbered forty-five (45) in condominium project known as Wardman Court Condominium, a condominium regime constituted and established under Condominium Act of 1976 of the District of Columbia, as amended by declaration of Wardman Court Condominium dated March 26, 2003 and recorded May 29, 2003 as instrument No 2003066379 among the land records of the District of Columbia, bylaws of Wardman Court Condominium dated March 26, 2003, and recorded May 29, 2003 as instrument no 2003066387 among the aforesaid land records and by plat recorded in condominium book no 47 at page 33, sheets 1 through 24, in the Office of the Survey of the District of Columbia.
>
> Being that parcel of land conveyed to Marcial O. Campbell, as solo owner from Wardman Court, L.P. by the deed dated

                               Attachment

7/23/2003 and recorded 9/4/2003 in Deed Instrument Number 2003113074 of the District of Columbia DC Public Registry.

At the date hereof, said property being known for assessment and taxation purposes as Square 2868 lot 2032.

NOTICE IS HEREBY GIVEN that in above-captioned action in the District Court for the District of Columbia, there is a money judgment in favor of the United States and against Marcia Campbell for $552,652.44. The United States has moved the Court to forfeit the above-named property as a substitute asset in partial satisfaction of the money judgment pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure, and 18 U.S.C. § 982(b)(incorporating 21 U.S.C. § 853(p)).

For further information concerning this action, reference may be made to the records of the Criminal Docket Clerk of the District Court for the District of Columbia, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this __14th__ day of August 2007.

DIANE LUCAS, D.C. Bar No. 443610
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7912

Washington                )
                          ) SS
District of Columbia      )

I, Jay D Farris, a Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the 14th day of August 2007, and hereto annexed, personally appeared before me in said District of Columbia, Diane Lucas, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be her act and deed.

    Given under my hand and seal this 14th day of August 2007.

_____
Notary Public

**JAY D. FARRIS**
Notary Public of District of Columbia
My Commission Expires July 31, 2008

My Commission Expires: _____