UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**MARCIA CAMPBELL,**<br><br>        **Defendant.** | **Criminal No. 06-356**<br>**Judge Lamberth** |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL
## FOR DEFENDANT MARCIA CAMPBELL

Defendant Marcia Campbell, by and through counsel, hereby submits this Notice of Change of Address for Shanlon Wu. Effective immediately Mr. Wu's new address is as follows:

Shanlon Wu, Esq.
Wheat Wu PLLC
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 496-4963 (phone)
(202) 587-2980 (fax)


August 20, 2007                                                          Respectfully submitted,

                                                                                    /s/
                                                                         Judith L. Wheat, Esq.
                                                                         D.C. Bar No. 431411
                                                                         Wheat Wu PLLC
                                                                         1050 17th Street, N.W.
                                                                         Suite 600
                                                                         Washington, D.C. 20036
                                                                         (202) 496-4963 (phone)
                                                                         (202) 587-2980 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that copy of the foregoing NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT MARCIA CAMPBELL was served electronically, via the Court's CM/ECF system, this 20th day of August, 2007.

/s/
Kelly J. Thompson