IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED

FEB 0 6 2008

Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-356 (RCL) |
| | ) | |
| MARCIA CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

NOW, on this 6th day of February, 2008 this matter having come before the Court upon the Government's Motion for an Order Authorizing Depositions, Interrogatories and Production of Documents, and for the reasons stated herein, pursuant to 21 U.S.C. § 853(m) and Fed.R.Crim.P. 32.2(b)(3), it is hereby

ORDERED that the United States may issue a notice of deposition, interrogatories and request for production of documents to Marcia Campbell.

The witness shall appear at the time and place designated on the notice of deposition and shall be deposed before a court reporter authorized to administer oaths. Subject to continuances or adjournment from time to time, the witness shall remain until the deposition has been completed.

It is FURTHER ORDERED that the witness shall respond to the interrogatories propounded and produce any and all designated books, papers, documents, and other material not privileged, including any and all documents that pertain to any and all assets of the defendant,

Marcia Campbell, whether held in the defendant's name or in the name of any person of whom the witness is aware.

Dated this 6th day of February, 2008

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE