IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-356 (RCL) |
| ) | |
| MARCIA CAMPBELL, ) | **FILED** |
| ) | |
| Defendant. ) | FEB 0 6 2008 |

CONSENT ORDER

Clerk, U.S. District and Bankruptcy Courts

Pursuant to the agreement reached by the United States and Marcia Campbell,

IT IS HEREBY ORDERED that:

1. The deadline for filing Ms. Campbell's Memorandum and Points of Authority in Opposition to both Motions is delayed until Friday, June 29, 2007, *nunc pro tunc*.

_2/6/08_
~~June ___, 2007~~

_____
The Honorable Royce C. Lamberth

Copies to:

Shanlon Wu, Esq. (DC Bar 422-910)
WHEAT WU, PLLC
1050 17th Street NW, Suite 600
Washington, DC 20036
202-496-4963 (phone)
202-466-3226 (facsimile)

Diane G. Lucas, Esq (DC Bar 443-610)
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
202-514-7912 (phone)
202-514-9155 (facsimile)

3