IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) ) | Criminal No. 06-356 (RCL) |
| MARCIA CAMPBELL, | ) ) | |
| Defendant. | ) ) | |

FILED
FEB 0 6 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>WRIT OF ENTRY</u>

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT in accordance with 21 U.S.C. 853(g), the United States Marshals Service is authorized to:

1.  Enter the real property and premises located at 1308 Clifton St, NW, Unit #218, Washington, DC, 20009 and the real property located at 9613 NW 76th CT, Unit #502, Tamarac, FL 33321, Broward Co, FL Florida., Lot 17, Block 1, Springlake II, including any structures on such properties, on one or more occasions during the pendency of forfeiture proceedings over timely filed third party petitions, for the purpose of conducting an inspection and inventory and appraisal of the property;

2.  Be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the property pursuant, which appraisal may include, among other means, still and video photography;

3.  Be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the property, which inspection and inventory may include, among other means, still and video photography;

4.  Be accompanied on any such occasion by any federal, state, and local law

enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt.

                                                                    _____ 2/6/08
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:


_____
Diane Lucas
Assistant United States Attorney