IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 06-356 (RCL) |
| ) | |
| MARCIA CAMPBELL,    ) | |
| ) | FILED |
| Defendant.    ) | |
| | FEB 1 1 2008 |

### ORDER

Clerk, U.S. District and
Bankruptcy Courts

WHEREAS, on May 4, 2007, this Court ordered the defendant to forfeit to the United States $552,652.44 (in addition to $115,6125.80 previously seized from defendant);

WHEREAS, on February 6, 2008, pursuant to 21 U.S.C. § 853(p), this Court ordered the forfeiture, as substitute assets, two properties in which it appeared that the defendant had an interest: 1308 Clifton Street NW, Suite 218, Washington, D.C. ("District of Columbia property"), and 9613 NW 76th Court, Unit 502, Tamarac, Florida ("Florida property"), and the Court issued a Writ of Entry for the two properties;

WHEREAS, the defendant appears to have transferred and/or sold the above listed properties, and the whereabouts of the proceeds of the transfers or sales of said properties are unknown to the government;

WHEREAS, the defendant has failed to make any payments towards restitution and/or towards the money judgement;

WHEREAS, a portion of the $552,652.44 ordered forfeited by this Court's May 4, 2007 Order, still cannot be located upon the exercise of due diligence by the Untied States;

NOW, on this _11th_ day of _February_, 2008, this matter having come before

the Court upon the Government's Motion to Vacate Writ of Entry and Motion to Modify Discovery Order, and for the reasons stated herein, pursuant to 21 U.S.C. § 853(m) and (p) and Fed. R. Crim. P. 32.2(b)(3), it is hereby

ORDERED that the February 6, 2008 Writ of Entry is vacated;

ORDERED that the United States may issue notices of deposition and requests for production of documents to persons connected with the 2007 sales of 1308 Clifton Street NW, Suite 218, Washington, D.C., and 9613 NW 76th Court, Unit 502, Tamarac, Florida, including, but not limited to, the buyers of the properties, the realty and settlement companies and their representatives, representatives of any lien holders of the properties, and Ana Curtis, power of attorney for the defendant.

Dated this __11th__ day of __February__ 2008.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE