# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 06-00356 (RCL) |
| | )   Judge Lamberth |
| MARCIA CAMPBELL, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Judith L. Wheat and Shanlon Wu, of the law firm Wheat Wu, PLLC, are withdrawing their appearance as retained counsel on behalf of Marcia Campbell in the above-captioned matter. In accordance with the requirements of the District of Columbia Bar, Mr. Wu and Ms. Wheat formally terminated their representation of Ms. Campbell on December 4, 2007.

DATED: February 26, 2008        Respectfully submitted,

_____/s/_____
Judith L. Wheat, Esq. (VA Bar 30709)
Wheat Wu, P.L.L.C.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036
Phone: 202-496-4963
Fax: 202-587-2980
judithlwheat@wheatwulaw.com

_____/s/_____
Shanlon Wu, Esq. (VA Bar 422910)
Wheat Wu, P.L.L.C.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036
Phone: 202-496-4963
Fax: 202-587-2980
shanlonwu@wheatwulaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2008, the foregoing Notice of Withdrawal of Counsel will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Susan Beth Menzer
United States Attorney's Office
Community Prosecution
555 Fourth Street, NW
Washington, DC 20530
susan.menzer@usdoj.gov
*Counsel for the Plaintiff*

Diane G. Lucas
United States Attorney's Office
Judiciary Center Building, Asset Forfeiture Unit
555 Fourth Street, NW
Room 4822
Washington, DC 20530
diane.lucas@usdoj.gov
*Counsel for the Plaintiff*

Raymond Jerome Vanzego, Jr.
9200 Basil Court
Suite 550
Largo, MD 20774
rjv@vanzegolaw.com
*Counsel for Marcia Campbell*

                                                      /s/
                                        Shanlon Wu, Esq. (VA Bar 422910)
                                        Wheat Wu, P.L.L.C.
                                        1050 17th Street, N.W.
                                        Suite 600
                                        Washington, D.C. 20036
                                        Phone: 202-496-4963
                                        Fax: 202-587-2980
                                        shanlonwu@wheatwulaw.com